CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

GALEN A. PHILLIPS (CABN 307644)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7110
Email: Galen.Phillips@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:26-CR-00067-JD |
| Plaintiff, | ) ) ) | STIPULATION TO CONTINUE SENTENCING AND ORDER |
| v. | ) ) | |
| THOMAS EDWARD AGUERO, | ) ) | |
| Defendant. | ) | |

It is hereby stipulated by and between counsel for the United States and counsel for the defendant Thomas Edward Aguero that sentencing in the above-captioned matter shall be continued to September 28, 2026.

Sentencing is set for August 17, 2026.

Yesterday, the government filed a notice of additional counsel, adding new counsel to this matter to handle sentencing. Newly added counsel for the government is unavailable on August 17, 2026.

The parties and the Probation Office have met and conferred concerning their respective availability and have determined that continuing the sentencing hearing to September 28, 2026, would work for all.

Accordingly, the parties hereby stipulate and respectfully request that the Court continue the current sentencing date to September 28, 2026, at 11:00 a.m.

///

The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: June 18, 2026                                         /s/
                                                 GALEN A. PHILLIPS
                                                 Assistant United States Attorney


DATED: June 18, 2026                                         /s/
                                                 ANGELA CHUANG
                                                 Counsel for Defendant
                                                 THOMAS EDWARD AGUERO


**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.


DATED: June 22, 2026        _
                                                 JAMES DONATO
                                                 United States District Judge

STIPULATION AND [PROPOSED] ORDER             2                          v. 9/10/2025
3:26-CR-00067-JD