JODI LINKER, Bar No. 230273
Federal Public Defender
Northern District of California
ANGELA CHUANG, Bar No. 313445
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700
Facsimile: (415) 436-7706
Email: Angela_chuang@fd.org

Counsel for Defendant AGUERO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>THOMAS EDWARD AGUERO,<br>Defendant. | **Case No.:** CR 26–67 JD<br>**STIPULATION AND ~~[PROPOSED]~~ ORDER TO CONTINUE** |

This matter and a related Form 12 (CR 23-253 JD) are currently scheduled for sentencing on September 28, 2026. Mr. Aguero is currently enrolled in several 16-week-long college courses at the local jail where he is detained, and would like the opportunity to complete those courses and earn college credits before he is sentenced and transferred to BOP custody. The parties therefore stipulate that the presently scheduled hearing shall be continued to January 25, 2027, at 11:00 AM for sentencing. Undersigned defense counsel has confirmed that Probation is also available on that date.

//

IT IS SO STIPULATED.

September 9, 2026
Dated

CRAIG H. MISSAKIAN
United States Attorney
Northern District of California

/S

GALEN PHILLIPS
Assistant United States Attorney

September 9, 2026
Dated

JODI LINKER
Federal Public Defender
Northern District of California

/S

ANGELA CHUANG
Assistant Federal Public Defender

**~~[PROPOSED]~~ ORDER**

For the reasons stated above, the Court VACATES all appearances and CONTINUES this case to January 25, 2027, at 11:00 AM for sentencing.

IT IS SO ORDERED.

DATED: September 21, 2026

JAMES DONATO
United States District Judge